UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                               )
ANDREW JOHN KERR,              )
        Plaintiff,             )
                               )      Civil Action No.
        v.                     )      25-12926-NMG
                               )
CITY OF ATTLEBORO, et al.,     )
        Defendants.            )
                               )
```

ORDER

GORTON, J.

Pro se plaintiff Andrew Kerr has filed a civil complaint (Docket # 1), motion for leave to proceed in forma pauperis (Docket # 2), "motion for reasonable accommodation under the ADA for electronic filing access and remote participation in oral arguments" (Docket # 4), and motion for "sanctions, adverse inferences, and an order to show cause for contempt" (Docket # 7). Upon review of these documents, the Court hereby orders:

1. The motion for leave to proceed in forma pauperis (Docket # 2) is ALLOWED.

2. The Clerk shall issue a summons for each defendant.

3. Kerr must ensure that a summons, this order, and the complaint are served on each defendant within 90 days.[1] Service must be effected in accordance with Rule 4 of the Federal Rules

---

[1] In lieu of serving summonses, Kerr may ask the defendants to waive service of the summons. See Fed. R. Civ. P. 4(d). Forms to ask a defendant to waive service of the summons are available at https://www.uscourts.gov/forms-rules/forms/notice-a-lawsuit-and-request-waive-service-a-summons.

of Civil Procedure.  Failure to timely effect service may result in dismissal of this action without prior notice from the Court. See Fed. R. Civ. P. 4(m); L.R. Rule 4.1 (D. Mass.).

4.    Because Kerr is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  See 28 U.S.C. § 1915(d).  If requested by Kerr, the USMS shall serve a summons, the complaint, and this order on each defendant.  Kerr is responsible for providing the USMS a copy of this order for the agency's records, copies of all papers for service on each defendant, and a completed USM-285 form for each party to be served.  The Clerk shall provide Kerr instructions for service by the USMS and USM-285 forms.

5.    The motion for reasonable accommodation under the ADA (Docket # 4) is DENIED in part and ALLOWED in part.

Insofar as Kerr seeks relief under Title II of the Americans with Disabilities Act, the motion is DENIED.  Title II of the ADA, which prohibits discrimination based on disability by any "public entity" see 28 42 U.S.C. § 12132, does not apply to the federal courts, see 42 U.S.C. § 12131(1) (defining "public entity" as "any State or local government, "any department, agency, special purpose district, or other instrumentality of a State or States or local government," and

2

"the National Railroad Passenger Corporation, and any commuter authority").

However, the motion is ALLOWED insofar as Kerr wishes to file electronically and will adhere to all rules concerning use of the Court's Case Management/Electronic Case Files systems.[2]

Further, in determining whether the parties may remotely appear for a live proceeding, the Court will take into consideration Kerr's request for remote participation.  In addition, nothing in this order prevents Kerr from filing a motion for a disability-based accommodation.

6.    The motion for sanctions (Docket # 7) is DENIED.  As summonses have not issued, it would be premature for the Court to address the factual merit of Kerr's claims.  Similarly, there is no basis to compel discovery or impose sanctions under Rule 37 of the Federal Rules of Civil Procedure because discovery in this action has not commenced.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: 03/12/2026

_____

[2] Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts and must register to E-file. To register for a PACER account, go the PACER website at https://pacer.uscourts.gov/register-account.

To register to E-file, follow the instructions on our website at https://www.mad.uscourts.gov/caseinfo/nextgen-pro-se.htm.  If the Massachusetts District Court is not in the dropdown list of courts, please email tracy_mclaughlin@mad.uscourts.gov with the docket number so your account can be updated allowing you to E-file.